DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## J. B. WOLFE CONST., INC. v. HITCHCOCK

No. 45P93

Case below: 108 N.C.App. 573

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

## NATIONWIDE MUTUAL INS. CO. v. PREVATTE

No. 444P92

Case below: 108 N.C.App. 152

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

## N.C. DEPT. OF TRANSPORTATION v. DAVENPORT

No. 3A93

Case below: 108 N.C.App. 178

Motion by plaintiff to dismiss defendant's appeal on the ground that there was no basis for an appeal in the dissenting opinion denied 11 March 1993.

## NOBLES v. FIRST CAROLINA COMMUNICATIONS

No. 439P92

Case below: 108 N.C.App. 127

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.